**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Michael D Stanton** | Social Security number or ITIN   xxx–xx–4361 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Michelle C Stanton** | Social Security number or ITIN   xxx–xx–7285 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   21–10490–JNP

# Order of Discharge

12/15

IT IS ORDERED: A discharge under 11 U.S.C. § 727 is granted to:

Michael D Stanton                                    Michelle C Stanton

4/23/21                                              **By the court:** Jerrold N. Poslusny Jr.
                                                                      United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 21-10490-JNP

Michael D Stanton                                                         Chapter 7

Michelle C Stanton

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                    User: admin                                   Page 1 of 3

Date Rcvd: Apr 23, 2021                 Form ID: 318                              Total Noticed: 59

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael D Stanton, Michelle C Stanton, 1997 Kingsford Lane, Atco, NJ 08004-1761 |
| 519079489 | | ARS National Services, 1643 NW 13th Ave Ste 100, City of Sunrise, FL 33313 |
| 519079483 | | Advanced EMT, PO Box 95000, Philadelphia, PA 19195-0001 |
| 519079484 | | Advantage Therapy Centre, 1001 Briggs Rd Ste 270, Mount Laurel, NJ 08054-4105 |
| 519079485 | + | Advocare, PO Box 71422, Philadelphia, PA 19176-1422 |
| 519079486 | | Akron Billing Center, 3585 Ridge Park Dr, Akron, OH 44333-8203 |
| 519079487 | | Apex Asset management, PO Box 5407, Lancaster, PA 17606-5407 |
| 519079488 | | Arhritis Rheumatice and Back Disease, 2301 E Evesham Rd Bldg 800, Voorhees, NJ 08043-4510 |
| 519079490 | | Atlantic Care Ugent Care, PO Box 4142, Lancaster, PA 17604-4142 |
| 519079496 | + | Carecentrix, PO Box 277947, Atlanta, GA 30384-7947 |
| 519079499 | | Commercial Acceptance Co., 2300 Gettysburg Rd Ste 102, Camp Hill, PA 17011-7303 |
| 519079501 | | Financial Recoveries, 200 E Park Dr Ste 100, Mount Laurel, NJ 08054-1297 |
| 519079503 | + | HRRG, PO Box 5406, Cincinnati, OH 45273-0001 |
| 519079506 | | Lanzi and Burke, 1630 Route 322 Unit A, Swedesboro, NJ 08085-3701 |
| 519079507 | | Lourdes Health Systems, PO Box 822099, Philadelphia, PA 19182-2099 |
| 519079509 | | MRS Associates, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 519079508 | | Macaione and Papa Dermatology Assoc, 707 White Horse Rd Ste C103, Voorhees, NJ 08043-2461 |
| 519079510 | | NJ EZ Pass Violations Processing Centre, PO Box 4971, Trenton, NJ 08650-4971 |
| 519079512 | | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 519079513 | | Philadelphia Parking Authority, Red Light Camera Program, PO Box 597, Baltimore, MD 21203-0597 |
| 519079515 | | Pressler Felt and Warshaw, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 519079516 | # | ProCo, PO Box 2462, Aston, PA 19014-0462 |
| 519079517 | | Pulmonary and SLeep Associates, 107 Berlin Rd, Cherry Hill, NJ 08034-3526 |
| 519079518 | | Receivable Management Solutions, 95 Argonaut Ste 200, Aliso Viejo, CA 92656-4147 |
| 519079520 | | Regional Sewer Service, PO Box 1105, Bellmawr, NJ 08099-5105 |
| 519079521 | | Relieve us, 813 E Gate Dr Ste B, Mount Laurel, NJ 08054-1238 |
| 519079522 | | Remex, 307 Wall St, Princeton, NJ 08540-1515 |
| 519079524 | + | Rickart Collections Systems, 575 Milltown Rd, New Brunswick, NJ 08902-3336 |
| 519079528 | ++++ | SPECIALIZED LOAN SERVICING, PO BOX 266005, LITTLETON CO 80163-6005 address filed with court:, Specialized Loan Servicing, PO Box 266005, Littleton, CO 80163-6005 |
| 519079525 | | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |
| 519079526 | | South Jersey Gastrenterology, 406 Lippincott Dr Ste E, Marlton, NJ 08053-4168 |
| 519079527 | | South Jersey Radiology, PO Box 1710, Voorhees, NJ 08043-7710 |
| 519079529 | | Terminix, PO Box 742592, Cincinnati, OH 45274-2592 |
| 519079530 | | Township of Voorhees, PO Box 1016, Voorhees, NJ 08043-7016 |
| 519079532 | | Urgent Care Berlin, PO Box 4142, Lancaster, PA 17604-4142 |
| 519079534 | | Virtua Center for Surgery, PO Box 780857, Philadelphia, PA 19178-0857 |
| 519079536 | ++ | WEST JERSEY ANESTHESIA ASSOCIATES PA, 1000 WHITE HORSE ROAD SUITE 204, VOORHEES NJ 08043-4408 address filed with court:, West Jersey Anesthesia Associates, 102 Centre Blvd Ste E, Marlton, NJ 08053-4129 |
| 519079535 | | Waypoint Resource Group, PO Box 8588, Round Rock, TX 78683-8588 |
| 519079537 | | Westgate Resorts, 2801 Old Winter Garden Rd, Ocoee, FL 34761-2965 |

District/off: 0312-1                          User: admin                                    Page 2 of 3
Date Rcvd: Apr 23, 2021                       Form ID: 318                          Total Noticed: 59
TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 23 2021 22:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 23 2021 22:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519079491 | | Email/Text: bankruptcy@pepcoholdings.com | Apr 23 2021 22:33:00 | Atlantic City Electric Company, Mail Stop 84CP42, 5 Collins Dr Ste 2133, Carneys Point, NJ 08069-3600 |
| 519079492 | | Email/Text: bankruptcy@bbandt.com | Apr 23 2021 22:33:00 | BB&T, PO Box 1847, Wilson, NC 27894 |
| 519079493 | | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Apr 23 2021 22:36:00 | Berks Credit and Collections, 900 Corporate Dr, Reading, PA 19605-3340 |
| 519079494 | | Email/Text: clientrep@capitalcollects.com | Apr 23 2021 22:36:00 | Capital Collections, PO Box 150, West Berlin, NJ 08091-0150 |
| 519079495 | | EDI: CAPITALONE.COM | Apr 24 2021 00:38:00 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519079497 | + | Email/Text: mediamanagers@clientservices.com | Apr 23 2021 22:32:00 | Client Services, 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 519079498 | + | Email/Text: ering@cbhv.com | Apr 23 2021 22:34:00 | Collection Bureau of the Hudson Valley, 155 N Plank Rd, Newburgh, NY 12550-1748 |
| 519079500 | | EDI: DISCOVER.COM | Apr 24 2021 00:38:00 | Discover Financial, PO Box 15316, Wilmington, DE 19850-5316 |
| 519079502 | | Email/Text: GCSBankruptcy@gcserv.com | Apr 23 2021 22:32:00 | GC Services Limited Partnership, 6330 Gulfton St, Houston, TX 77081-1108 |
| 519079504 | | EDI: IIC9.COM | Apr 24 2021 00:38:00 | I C Systems Collections, PO Box 64378, Saint Paul, MN 55164-0378 |
| 519079505 | | Email/Text: PBNCNotifications@peritusservices.com | Apr 23 2021 22:33:00 | Kohls, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519079514 | | EDI: PRA.COM | Apr 24 2021 00:38:00 | Portfolio Recovery Associates LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4962 |
| 519079511 | | EDI: RMSC.COM | Apr 24 2021 00:38:00 | PayPal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 519079519 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Apr 23 2021 22:36:00 | Receivables Management partners, PO Box 20508, Indianapolis, IN 46220-0508 |
| 519079523 | | EDI: RMCB.COM | Apr 24 2021 00:38:00 | Retrieval Masters Credit Bureau, 4 Westchester Plz Ste 110, Elmsford, NY 10523-1615 |
| 519080920 | + | EDI: RMSC.COM | Apr 24 2021 00:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519079531 | | Email/Text: tax@waterfordtwp.org | Apr 23 2021 22:35:00 | Township of Waterford, 2131 Auburn Ave, Atco, NJ 08004-1900 |
| 519079533 | | EDI: VERIZONCOMB.COM | Apr 24 2021 00:38:00 | Verizon Wireless, PO Box 650051, Dallas, TX 75265-0051 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2021                          Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Andrew Sklar | andy@sklarlaw.com  NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com |
| Denise E. Carlon | on behalf of Creditor Community Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Moshe Rothenberg | on behalf of Joint Debtor Michelle C Stanton moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com |
| Moshe Rothenberg | on behalf of Debtor Michael D Stanton moshe@mosherothenberg.com  alyson@mosherothenberg.com;ajohn880@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5